### *Culleton & Marinaccio, Esqs.*
**Attorneys At Law**
**245 MAIN STREET, SUITE 410**
**WHITE PLAINS, NY 10601**

|  |  |  |
|---|---|---|
| **JAMES J. CULLETON**<br>**MICHAEL A. MARINACCIO** | Telephone: 914-761-0707<br>Telephone: 718-518-0418<br>Facsimile: 914-761-0795<br>CM245LAW@AOL.COM | **NEW JERSEY OFFICE**<br>560 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07631<br>201-894-1447 |

March 18, 2011

**Via ECF**

Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>United States of America v. Robin Oakes</u>
             Docket No.: 08 Cr 916 (SLT)

Dear Judge Townes:

    As a supplement to the Sentence Memorandum dated March 3, 2011 which I filed on behalf of my client, Robin Oakes, attached is a letter from Rebecca Martin, RN of the St. Regis Mohawk Tribe Health Services confirming that Ms. Oakes is the main caregiver for her father (P.S.R. par. 62). Ms. Oakes's sentencing is now scheduled for Monday, April 11, 2011 at 2:00 pm. Please consider this letter along with the other materials submitted on behalf of Ms. Oakes.

                Very truly yours,

                Michael A. Marinaccio

MAM/zp
Enc.
cc: AUSA Amir Toossi
 AUSA Steven Tiscione
 Via ECF and Facsimile
 718-254-6076

 Probation Officer Jill A. Polish
 Via Facsimile
 347-534-3870

 Ms. Robin Oakes
 91 Snye Road
 Akwesasne, NY 13655

MAM/Oakes/TownesLtr031811